IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | No. 5:24-CR-22-CAR-CHW-1 |
| **MARTIN MARTINEZ-VELASQUEZ,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER ON DEFENDANT'S MOTION TO CONTINUE

Currently before the Court is Defendant Martin Martinez-Velasquez's Unopposed Motion to Continue [Doc. 21] the pretrial conference scheduled for May 14, 2024, and the trial, which is set to begin June 3, 2024, in Macon, Georgia. On March 12, 2024, the Grand Jury returned an indictment charging Defendant with Illegal Reentry. On April 16, 2024, Defendant was arrested. On April 17, 2024, Defendant was appointed counsel and pled not guilty at his arraignment. On April 29, 2024, the Court ordered Defendant's detention pending trial.

In the Motion, Defense Counsel requests a continuance to provide additional time to review discovery. The Government does not oppose the Motion. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable

1

time to review discovery and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Consent Motion to Continue [Doc. 21], and **HEREBY ORDERS** that this case be continued until the August 5, 2024, term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 13th day of May, 2024.

                                    s/ C. Ashley Royal_____
                                    C. ASHLEY ROYAL, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT